IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTONIO FLETCHER, SR.,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )   CIVIL NO. 07-003-MJR |
| | ) |
| **ROGER E. WALKER,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiffs, all inmates in the Madison County Jail at the time they filed this action, filed this action asserting various violations of their constitutional rights. The Court explained to Plaintiffs the ramifications of multi-plaintiff lawsuits filed by inmates and gave Plaintiffs the opportunity to withdraw from the action (Doc. 6). In response to that order, Plaintiff Reginald Moses sent a letter that the Court construes as a motion to withdraw from the action (Doc. 9). This motion is **GRANTED**; Moses is **DISMISSED** from this action without prejudice.

No other Plaintiff responded to the Court's order, so the Court assumes that each wishes to remain a party. However, as pointed out in the Court's prior order (Doc. 6), only Plaintiff Fletcher has signed the complaint (Doc. 1), and only Fletcher has filed motions for leave to proceed *in forma pauperis* (Docs. 3, 5) and a motion for appointment of counsel (Doc. 4). Because a non-attorney cannot file papers for another litigant, Fletcher is the only proper plaintiff in this action. Accordingly, the remaining Plaintiffs listed in the complaint – Miles Musgraves, Henry Hudson, and

Michael Johnson – are **DISMISSED** from this action without prejudice. If these individuals wish to pursue any of the claims raised in this action, each must file a separate action, accompanied by the $350 filing fee or a motion for leave to proceed *in forma pauperis*.

Now to Randy Bull, who was not included in the original complaint. Shortly after this action was filed, Bull filed a motion to intervene (Doc. 7).

> All persons may join in one action as plaintiffs if they assert any right to relief jointly, severally, or in the alternative in respect of or ***arising out of the same transaction, occurrence, or series of transactions or occurrences*** and if any question of law or fact common to all these persons will arise in the action.

FED.R.CIV.P. 20(a) (emphasis added).

The subject matter of this action involves each man's arrest while he was serving a term of mandatory supervised release; each man claims that he was not taken before a panel of the Prisoner Review Board within the 10-day time frame specified by law, in violation of his rights to procedural due process under the Fourteenth Amendment. Each arrest was a separate occurrence, and thus these claims cannot be properly joined. Therefore, Bull's motion to intervene is **DENIED**. If Bull wishes to pursue his claims, he must do so in a separate action, accompanied by the $350 filing fee or a motion for leave to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

**DATED this 21st day of September, 2007.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**